The next argument is in Slattery v. Department of Justice, Appeal 3095, from the present Mr. Roth, good morning to you. Welcome to the Court. Good morning, Your Honor. Thank you. Let me ask you a preliminary question. Do you understand the Justice Department to be asserting that the Board lacked jurisdiction to adjudicate anything respecting the petition for enforcement? Yes, that's their position. Subject matter jurisdiction totally lacking? Yes, that's their position. Is it possible to interpret their argument as limited to the remedy, that they would in effect be saying, well, the Board lacks jurisdiction to order the remedy that we, the Justice Department, understand the petitioner, Slattery, to be asking for? Yes. Is that a possible interpretation? That's a possible interpretation, but I don't think it's the only interpretation. I think Which is the correct interpretation? First of all, I think there's no doubt that there is jurisdiction here. Well, that's what I'm asking. What's the basis of your saying there's no doubt? What is the source of clear-cut jurisdiction over this petition for enforcement? Your Honor, if you have a settlement agreement that is entered into the record for purposes of enforcement, all the material terms of that settlement agreement can be enforced by the Board. How do we know that? I agree with you as a matter of practice and understanding, but as a matter of legal support, what statute or reg says that any and every term in a settlement agreement is within the jurisdiction of the MSPB to enforce? I think it has to be a material term, Your Honor. And I think the way I analyze it, Your Honor, is I look at other Federal Circuit and Board cases. There are lots of cases out there that would fall within the prohibition that the Justice Department has set. For example, there are many cases arising out of this Court involving priority settlement agreements that require priority consideration for an individual's rehiring after a RIF, after a reduction in force removal. So your point would be that priority consideration or the lack thereof wouldn't be a foundation for an appeal in the first instance. Correct. But it could be the foundation for a petition to enforcement if the terms of the agreement provided for such a priority consideration. Correct, because if you look at all of the Federal Circuit cases, they come here, Your Honor, on issues of non-selection after priority consideration. Well, that's exactly what we have here. Exactly. Now, let me ask you a different question, because I had trouble reading different parts of your brief in the papers below. Are you saying she was entitled to be hired, and she wasn't hired, QED violation of the agency's promise embodied in the settlement agreement? Or are you merely saying she was entitled to consideration on the merits of any application for a deportation officer position, for example, that she filed after the one-year period? The latter. Not the former, but the latter. But it seems like the Justice Department is assuming that you are claiming a right to a guaranteed selection. Not at all, Your Honor. As a matter of fact, we concede that without discovery and without a hearing, we would never have been able to meet our burden of proof on the issue of breach. We concede that. Let me ask you a third line of questions then. There's some case law that seems to suggest that if there's a non-frivolous allegation of breach of a settlement agreement by a petition, that the agency has the burden of proving compliance. Correct. If that's read broadly, then you actually don't have any burden at all beyond making a non-frivolous allegation. All of the burden of production and all of the burden of proof is shifted by regulation onto the agency. Your Honor, I think that's true, and I think it depends on the circumstances. Your Honor, there are circumstances where a breach of a settlement agreement is obvious. And in those circumstances, I think the appellant does have the burden of coming forward in the first instance. But on the other hand, there are many instances such as this case where all of the relevant evidence is solely within the possession of the agency. For example, my client cannot say on any of these 30 positions, I should have been hired. She doesn't know that yet. It's possible that somebody with better qualifications was also in the pool. Entirely correct, Your Honor, on some or all of those. We don't know. We don't know. The only thing I'm saying, Your Honor, is that at the point in time when she filed this enforcement petition, she had sufficient reasonable suspicion. After going through years and years and years of being rejected 30 times, she had enough suspicion to file. Suspicion of what? Suspicion of a breach of the agreement. Yeah, yeah, yeah, but what would be a breach? Would considering her criminal activity be a breach? No. Well, yes, Your Honor. After three years, it would be under the terms of the agreement, yes. Because, Your Honor, there was a last chance provision as part of the settlement agreement in this case. And after three years, that settlement agreement was expunged from her record. So, yes, after three years. So where does it say that they can't consider her criminal background in determining whether to hire her? Well, Your Honor, I would suggest to you that it's probably a reasonable implication from paragraph 23 of the settlement agreement, which basically says that- What page is this? Your Honor, that is page A39 in the appendix, Your Honor. Basically, what it says is that the last chance provisions of the settlement agreement have a three-year duration. And at the expiration of the three years, the last chance provision shall be null and void and any reference to the indefinite suspension or the removal action shall be removed from her official personnel file. That doesn't say that they will ignore her criminal background. If we disagree with you about that and say that they could consider her criminal background, you lose? No, I don't think so, Judge. Why not? Because we don't know at this juncture what they considered in not giving her the third position. Well, what would be an improper ground for rejecting her application? An improper ground would be the feeling that, look, she's had problems in the past, so even after the one-year bar, we're going to discount her across the board. That sounds as though you're saying it's improper to consider the criminal background. I think it is. I think it is. But what I'm asking you is, suppose we reject that and we say, no, this agreement doesn't prevent them from considering her criminal background. What is it that they did that you allege would be improper? Judge, we don't even – Judge, I think after three years, it's clearly improper to consider the criminal background. Your Honor, we don't know the reason. Don't interrupt me. I'm sorry. Assume that we reject that. You've got to come up with some theory as to what would have been improper before you could get discovery. What else would have been improper other than considering the criminal background? Judge, I believe considering the criminal background would have been a violation after one year. I understand, but I'm saying we reject that. What other argument do you have? Do you have any other argument? I mean, if you don't, fine. Well, Judge, since we don't have any discovery on the issue, I don't know ultimately what we would find. But I think we would probably find that there was an internal decision made that based on her prior background, she was not going to ever get promoted to a law enforcement position. I believe that is a violation of this agreement for two reasons. Number one, it violates the one-year bar. Your Honor, it was – Wait a minute. Don't walk away from me. I'm sorry. Why does it violate the one-year bar? I don't follow that at all. Well, because the agreement says that you can't – we're taking you off the law enforcement position status now. We're actually demoting you. Correct. You can't apply for any law enforcement position. Okay, now we're in year two. Now what? We're in year two. Now you can't apply. I believe that she should be in the same position as anybody else. Well, what does that mean? What that means is I do not believe they can take her, quote, criminal background, even though it was exposed. Then your answer to Judge Dyke is that you don't have any other theory. Well, Judge, I believe that we would find, if we had discovery, that that would be the reason. I can't think of any other reason why she would be rejected other than that. Let me ask you this. Do you think the agency would have been justified if, in year two and year three, when she applied for various positions, mostly as a deportation officer, presumably a line officer position, the evaluators of the various pending applications for that particular position just threw her file in the wastebasket, didn't even read it? Would that have been a breach of the agreement? I believe it would have been, Your Honor. Because? Well, because there was an express one-year bar. I believe that the logical implication of that is that after the one-year bar, it is not a bar. Well, the agency hasn't taken the position that she's ineligible in year two to apply. I'm giving you a hypothetical that in year two, they allow her to apply, but then they decline to compare her qualifications with the qualifications of the other applicants for that job. Your Honor, I believe under those circumstances, permitting her to apply is illusory. I believe it's illusory because it's meaningless. If they're going to reject her, it's meaningless. But the A.J. said there's nothing in the agreement that affords any particular treatment during the application process. Judge, I believe that if she's barred for a year, it is implied that after that, she is in the same position as everyone else. Yes, she's in the same position. She can apply for the job. But if she applies and has no chance of getting it, that application is an illusory promise. And that's the problem I have with their interpretation. That is their interpretation of the agreement. We were told that. And that's what the judge says. She can apply, but she has no right to a position. Could there be a difference between saying she can apply and we'll read her file and we'll compare all the facts with the facts and qualifications of competing applicants, but we'll take into account what we know about her department store thievery, on the one hand, versus we will consider her automatically rejectable because of what we know or think we know about her department store activity? Is there a difference between those two responses by the agency? I don't think there's any appreciable difference between the two. I think they're both illusory. At least if they had said that, at least if they had said, okay, we're going to consider it, at least it would have been more honest than what we were left with. If she had known that her bar was a lifelong or career-long bar, we would not have signed this agreement. She was very concerned, and there are other... Let me ask you this. Do you depend critically on the good faith language in the agreement? Not really, Your Honor. I think we'll be there anyway. You're asking us to interpret the one-year bar as if it then went on to say, but in year two and three, you may apply and your application will be considered without regard to the removal action and the facts that prompted it. Yes, I think that's correct. That's reading in quite a bit. But I think that's a reasonable interpretation, and it's an interpretation that is consistent with the expectations of the party and what they expected to benefit from the bargain. Now, the one-year bar, I understand what the government wants. I would have thought your position is she's entitled to have her qualifications compared with the competitors, even if the government is also going to weigh her background with respect to the fraudulent conduct. And we allege that they didn't do that. They didn't consider her qualifications at all. They just automatically rejected her. In other words, they had the stack of 20 applicants.  Well, we know we're not going to select her because of her problem, and we don't need to look at any other qualifications of her versus the other people. I would have thought you would have said that's enough of a violation, but it sounds like you're not saying that. No, I think that is enough of a violation. I think after a year. Well, then you do have a fallback position in terms of your attempt to respond to Judge Dyke's earlier question. Your fallback position is, well, number one, they shouldn't consider her misconduct at all, but number two, if they do, they still have to weigh her qualifications against those of competitors. I agree with that, Your Honor. Yes. All right. As I stand here, I just can't think of any other reason why they would reject her out of hand other than her criminal issues. Right. So realistically, I think if we ever got to the discovery stage, I think we would find out that that is, in fact, the issue. There's no point in any of us speculating on what the documents will show because the truth is none of us have the slightest idea. I agree. All right. Let's hear from the government. Now, Mr. O'Connell, can you start out by helping me out whether you're saying there's no jurisdiction at the board to do anything with this position or something less than that, like there's no jurisdiction to impose the requested remedy of awarding a position? Sure. I think it's more the latter. I mean, let's go through the appendix. More the latter, right. What's the latter? Let's go through the appendix. So it's not the former at all. You agree the board has jurisdiction to adjudicate the merits of the petition for enforcement. It has. The board has. Come on. It's a yes or no question. Yes, it has jurisdiction to consider a petition to enforce a settlement agreement, but not to adjudicate it here. And to adjudicate it on the merits. Not on the merits here, no. Well, why not? If they have jurisdiction to adjudicate it, why doesn't that include the merits? Well, all I'm saying is in the general sense, they obviously have jurisdiction to adjudicate settlement agreements. But then how can you justify the denial of discovery? The way I read the argument, it was because since there's no jurisdiction, discovery isn't going to make any difference. But now that you tell us that there is, it's more a matter of perhaps, let's say, failure to state a claim. I don't think this is really grounds for denying discovery, is it? Well, because there's no – no, the board correctly dismissed the case without discovery because there's no provision in the contract that they've identified that the government is having breaching. And if there's no provision in the contract – They identified a specific provision. He discussed it here again. Now, you might disagree and say that's a loser of a position. But you can't say he didn't identify a specific provision in the written settlement agreement. He did identify it. He's identified something that should be implied into the agreement by the court. Yeah, but he's identified a specific provision. So now we're just quarreling about what's the correct interpretation of the meaning of that provision. But he did identify a provision. Right, and that's how far the board got. The board interpreted the meaning of that provision. Yeah, but what you're arguing, and I find it very troubling, is that the board can't – if his construction of the agreement is right, you're saying even so, the board can't enforce that. And that seems to me contrary to quite a few of our cases and unsupported by any others. What case that you have suggests that the board can't enforce a specific provision of an agreement which says that somebody will be selected for a position? I mean, to me, it's somewhat shocking that you would suggest that the government would enter into an agreement and then turn around and argue that it's not enforceable. Well, what I'm relying on are the general cases that say that by contract, an agency and a private party cannot confer jurisdiction. Well, they can't say you have jurisdiction to do such and such. But that's not the argument here. The argument here is that the agreement itself doesn't confer jurisdiction over the board over some class of cases. It's that there is specific relief to enforce the particular agreement here. In Larry and other cases, we've said that the board has jurisdiction to award specific relief that's provided in settlement agreements. But then there's the other line of cases that say that the board doesn't have jurisdiction to consider non-selection action. And there's a lot of— Well, wait a minute. That's if somebody tries to appeal a non-selection. We don't have before us an appeal from a non-selection. We have before us a petition to enforce a settlement agreement previously entered into the record by an administrative judge. So the fact that non-selection by itself is not appealable as an MSPB appeal is utterly irrelevant, it seems to me, to what the board can do on this enforcement petition. Well, I mean, if you're going to hold that the board's ability to enforce a settlement agreement essentially trumps their lack of jurisdiction to consider non-selection actions. I mean, that's what they want the board to do here. It doesn't trump the other jurisdiction. If you agree with an employee that they won't be allowed to take such and such a job for a year, but after that they will be given this other job, you're saying that becomes a selection issue outside the jurisdiction of the board and the agreement becomes unenforceable. We don't have a situation here in which the agreement's providing for an appeal for non-selection and that's outside the board's jurisdiction. It's providing that she'll be given a job, according to them. Well, I mean, if that's all they're saying, but I mean, the way I read the appendix, I mean, they want the board to get down in the weeds and appoint her as a law enforcement officer. And there's no case I'm aware of that the board's done anything like that. Well, hasn't the board ordered many people reinstated? If somebody can be ordered reinstated after being fired, it would seem a lesser power to order somebody given a particular job because of a breach of a settlement agreement. Right. Well, if they had made an argument here that there was no meeting of the minds and the settlement agreement should be rescinded, then I think we've got a different case. No, no. The hypothetical is the agreement specifically says after one year, she will be selected for such and such a position, right? Right. And your claim is, well, I guess we signed that, but it's not enforceable by the board. Well, if it said she would be selected, then I would agree. Well, that's the hypothetical. It says explicitly she will for sure be selected after year one. But according to your logic, it's still not enforceable because it involves selection. Well, okay. Well, if it says she's going to be selected, then I would have to concede then the board wouldn't need to get down in the weeds and start picking law enforcement officers. So, yes, if it said she had to be selected, then they would have jurisdiction to do that. But I'd like to talk about the contract and our view of what the contract says. Our view, obviously, is that the board correctly interpreted the settlement agreement. I mean, the settlement agreement settled. The problem with the board is that they misinterpreted the position of the petitioner. The petitioner did not argue just that she was entitled to be selected. The petitioner, I thought, clearly argued, in addition, that she's at least entitled to fair consideration. But the AJ said all she was asking for is guaranteed selection. That's plainly incorrect. Well, no, the board considered it correctly because the agreement doesn't have anything to say about how, after the year, they're going to deal with her job applications. I mean, you would have to imply those terms into the contract. What other meaning could fair dealing have in the context of this agreement, other than in year two, she'll be fairly considered? Well, I think if there was a covenant of good faith and fair dealing, what that would mean is... What do you mean if? It's in the explicit language of the agreement. Don't tell me if there was such an agreement. It's in black and white writing in this agreement. What it would mean is that the government could not hinder her enjoyment of any of the government's performances in the agreement. If, for example, the government did something with respect to the attorney's fees, considering in light of some of the cases that the courts had in previous years, if we paid her the attorney's fees and then there was a statute enacted that... Let me ask you this question. Suppose that she applied for a job in year two and they put her application in a stack with all the competitors for that job. Hers is on the top of the stack. They look at hers and they throw it away. They don't even read it. Is that permissible under this agreement because the agreement doesn't say they have to read her papers? It's permissible because she'd be treated like anybody else. No, she's not being treated like anybody else. All the other files they're going to read. Her file they don't even read. Well, we don't know that. I mean, if I applied or anybody else... I asked you a hypothetical. I'm saying assume that we know that what actually happened in year two is she applied for a job, so did a dozen other people. A stack of 13 come to the evaluator. The evaluator picks up her file, doesn't open it, doesn't read it, sees her name, throws it away. Then the evaluator reads the files of all the other people and picks one of them. Is that permissible or not? That's permissible, yes. Because the agreement doesn't say they must read her file. It's permissible for them to not read her file. She had an attorney. She could have negotiated that into the settlement agreements. Did she raise this issue, this construction below? In other words, I questioned the petitioner's counsel here and said, what's your theory here? His theory was that you can't consider the criminal background. And I said, assume we reject that. Is there any other argument? And he didn't come up with another argument. I'm wondering whether this other argument that we've been talking about, that is the obligation to read the file, was an argument that was made before the board. No. I don't understand it to have been made before the board. No. I mean, I think the board adequately and accurately addressed what was raised below, and that was the combination of the two paragraphs of the settlement agreement. No, no, no. What's raised below is what he wrote to the A.J., not what the settlement agreement that pre-exists this litigation says. So Judge Stein's question could be translated into, did he make this argument in his papers filed with the A.J. in this enforcement proceeding? And the A.J. picked up on their argument, which was this paragraph and this paragraph and the paragraphs that they put. You're not answering the question. The question is, what does his writing say or not say? Not what the A.J. wrote or thought. What did he write or not write? I don't understand them to have made the consideration argument and the argument that you've made about if our application is on the top of the list of applicants. Well, have you read his submissions to the administrative judge? Yes, they're in the appendix. Okay. And where is it that he only makes the first argument, not the fallback argument? I don't have a page for that right now. This is probably outside the record, so maybe you can't answer it. But I was flabbergasted to see that at first the agency begins to comply with the discovery request and there's some communication between agency officials and petitioner's counsel about how they're working on it. They've got some of it, but they don't have all of it. And then, as I recall, a few days later, they suddenly say, oh, we're not going to give you anything. And they don't give them anything. Zero. Now, do you have any idea why they changed their position? I don't know why they changed their position, but I think it was perfectly reasonable. We're talking about 30 different positions here, and it seems entirely reasonable for the agency to have challenged whether there's any provision in the contract that they could be alleged to have breached. It's just simply like making a 12B6 motion in the Court of Federal Claims, you know, without having discovery. It's perfectly reasonable. It doesn't require people to go through the expense, the time of going through discovery. If the burden and time or expense is the basis of the agency's position, what they should do is file a motion with the administrative judge to narrow the discovery request because it's excessively burdensome. There's a procedure for that. That's what they should have done if that's the problem. Well, I mean, I don't know what to say to that, Your Honor. Well, what if they found that she wasn't fairly considered and they didn't want to disclose those documents because it was embarrassing to the agency? So, therefore, they said, well, we were going to give you the discovery, but we've changed our mind because now that we've looked at some of the documents, they look pretty ugly and we don't want them out there in the public. But the fairly consider only comes after whether there's been identified a provision in the contract that they could have breached. And as I said, just as a practical matter, it's easier to address the legal issue first rather than do the discovery. Do you know whether Mr. Roth raised the lack of discovery before the judge filed something equivalent to a motion for enforcement of a discovery request? He filed an affidavit in opposition to the agency motion to say the discovery. It's at page 132. So you're not arguing that he waived any complaint about the non-discovery? Well, I mean, he clearly opposed the agency's motion, yes. So you're not arguing waiver? I mean, I don't know of any waivers. I stand here right now. What interpretation can you suggest to us for the fair dealing language in the settlement agreement? Sure. If it doesn't mean consideration of her application on the merits compared to the competitors. Well, construing it in light of the court's case law on the duty of good faith and fair dealing, we think of it in light of the Winstar cases where there were tax benefits and then subsequently Congress enacted a statute that frustrated or hindered the parties' enjoyment of that benefit. Well, what does that have to do with this case? There's no subsequent enactment of a statute that affects this case. Right. But I mean, well, you have two things. You could have a breach of an express term of the contract or you could have a breach of duty of good faith and fair dealing. There's an express term in this contract about the obligation of the agency to deal fairly with slattery. So the question I'm asking you has to do with what's the correct interpretation of that express contract term in light of the other express contract term allowing her to apply for law enforcement jobs after one year? Well, what it says is that the settlement agreement represents the full and complete agreement of and shall be executed in good faith by the parties. Yes. And so I'm asking you what good faith means in the context of evaluating a year two application for a law enforcement position that's vacant. It doesn't mean anything different than anybody else in the agency who applies. So then she has to be considered on her qualifications versus the qualifications of competing applicants? Well, it means that the agency can treat it like they would treat anybody else's application. Yeah, but that seems to be a concession that they'd have to read it. Well, no, I don't think it's a concession because I'm not aware of any statute that says that they have to read her application. It's not a question of a statute. It's a question of what this agreement means. It doesn't seem far-fetched to say that if she's permitted to apply that she would be considered the same way as somebody else, including her criminal background as part of the consideration. But what is it about this settlement agreement that would require reading that term into the agreement? The cases where the court... Well, I guess the theory would be that the agreement is kind of meaningless if after one year she's effectively still not being permitted to apply because her application, while it's received, is thrown in the wastebasket without being read. Well, the agreement wouldn't be meaningless because she still has the full benefit of the government's performance. Well, some parts of the agreement wouldn't be meaningless, but the reapplying provision would be utterly meaningless in the context of Judge Teich's question. None of the express terms of the agreement would be meaningless. It is an express term of the agreement that she can apply after year one. It's an express term. Sure. So the issue is, what does it mean? What does it imply? It just means that she can apply. It just means that... But they could throw it in the wastebasket. They could do whatever they want with it. They could treat her just like they could treat anybody else. Well, they can't throw everybody else's application in the wastebasket, so why should they be allowed to throw her application in the wastebasket? How is that treating her the same as everybody else? Well, for example, we cited the Metzenbaum case, and Metzenbaum, among his contentions, were he wasn't being considered at all because of his political affiliations. So if he can't make that argument, she shouldn't be able to make that kind of a blacklisting argument either. Was Metzenbaum a settlement agreement? Well, there was a settlement agreement aspect of it, but I don't think that the political affiliation was necessarily tied to the settlement agreement. But yes, in Metzenbaum, there was a settlement agreement, and the board still said we can't consider it, even if there's a settlement agreement. Can't consider what? Can't consider the non-selection action. But was there an allegation there that the settlement agreement allowed him to be treated as everybody else was treated? No. No, there was not. Metzenbaum was a board case? It was a board case, well, actually a series of board cases. He filed a bunch of... Well, the one you rely on was a board decision? Board decision affirmed by this court in a non-public opinion. So it's not precedential? No, it's not precedential, no. All right, well, let's hear from Mr. Roth on rebuttal. Very briefly, Your Honor. I've been trying to read these things while this argument's been going on, but if you look at page 29, which I think is your initial submission to the board, you talk about the impermissibility of their considering the criminal background. So the question is, where did you make this lack of consideration argument, which we've been talking about? Where was that raised before the board? Judge, I... Let me just describe the context. What happened is we filed at the board, and almost immediately the agency made an omnibus motion to dismiss on a whole bunch of grounds. Yeah, yeah, but... I then responded. Where do you... Yes. ...raise this argument? If you look at my response, beginning on A76 of the appendix, actually the substance of the argument that we're making here, I believe begins on A84, 85, onto 86. That was basically the only opportunity we had to make any argument at all was in response to the motion. Where on these pages do you make the argument? Well, their argument was that there was no breach as a matter of law. That's the argument they made, one of their motions to dismiss. No, but... Help me. A84. Where? Okay. Okay, A86 on the bottom. A86. On the bottom. I'm sorry, A85 on the bottom. Beginning with the paragraph, thus, the parties clearly understood and agreed and understood that mislattery would be barred from applying for any law enforcement or officer corps position within the agency for a period of one year only. And after the expiration of that one-year period, she would be free to apply and be hired for any law enforcement or other officer corps position for which she was qualified, just like anybody else. Her bar clearly was not intended to be career-long, and the agency agreed that with respect to that issue, as with all others, it would act in good faith. Even the last chance provisions of the agreement to which she was bound expired in February 2006. And then I said, on the bottom of 86, I said, here the agency's claimed that petition fails as a matter of law because there's no express requirement is meritless. Implicit within the agreement is that the agency will act in good faith in evaluating appellant's job applications following her one-year bar. That's basically as close as I got to it, and then the case was dismissed. Now, I also, in response to another question, on A87, I respond specifically to the motion to stay discovery, and I argue that the discovery motion should not be, and that's on A87, in the same submission. Their reason that they provided for not providing discovery was their claim that discovery is not permitted in enforcement actions, and I argue here that that's certainly not true, that the board has the authority, particularly where the evidence at issue is within the exclusive control of the agency, it should be permitted, and I ask for... Mr. Roth, why were you obligated to seek discovery by asking for particular documents, etc.? There's some case law that suggests that when an allegation is made of a breach of a settlement agreement by the agency, that under the regulation, the agency has to come forward with proof and bear a burden of production and a burden of persuasion that they complied with all the requirements of the settlement agreement. Judge, I wanted to ask for discovery just to be on the safe side because before the board, there's a time limitation, and if you don't ask within a certain period of time after the acknowledgement order, it's barred, so I wanted to be on record as asking for specific documents. Is it your view that the agency was required by your petitioner's allegation and her petition for enforcement to produce evidence of compliance? Yes. Did they produce any such evidence? Well, Your Honor, it was dismissed almost immediately on their motion to dismiss, so we really never got that far. They made an immediate motion to dismiss after we filed. That's the first thing that happened, so we really never got that far. Your Honor, my position, and I just want to make this clear, and notice I just ran out of time, is not that after a year, there was an obligation to read my client's application for employment or her resume or her file. To me, that's illusory, but there was a requirement, in my view, under that agreement, or at least under the implied terms of that agreement, to fairly assess her qualifications with all others, and in my view, after one year, they could not consider the criminal issues, but certainly after three years, they could not assess those criminal issues. All right. We think counsel will take the appeal under submission. All rise.